## No. 2730.—S. DURBIN *v.* G. P. McMICHAEL.

Payment of a promissory note the consideration of which is shown to be a loan of Confederate notes, can not be judicially enforced.

APPEAL from Sixth District Court, parish of Tangipahoa. *Ellis*, J. *E. J. Ellis*, for plaintiff and appellee. *Thomas C. W. Ellis*, for defendant and appellant.

LUDELING, C. J. This suit is based upon the following promissory note:

"PARISH ST. HELENA, August 26, 1864.

"Twelve months after date, I promise to pay to Skipwith Durbin, or order, the sum of sixteen hundred and fifty dollars, to be paid in such money as is current at the time the note becomes due. If not paid when due, to draw eight per cent. interest till paid, it being for value received of him.        "GEORGE P. McMICHAEL."

The defense is, that the consideration of the note was Confederate money, etc.

The evidence satisfies us that the consideration of the note was Confederate notes loaned to the defendant. According to the settled jurisprudence of this State, the claim can not be enforced by the courts.

It is therefore ordered that the judgment of the district court be reversed, and that there be judgment dismissing the plaintiff's demand, with costs in both courts.